# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ANICUA MENDOZA,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN, Imperial Regional Detention Facility,<br><br>                                    Respondent. | Case No.:  26cv2468 DMS (BJW)<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  (Return at 2.) Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the

/ / /

/ / /

/ / /

1

community or a risk of flight if released on bond.  The parties shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED.**

Dated:  June 2, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv2468 DMS (BJW)